904

No. 90–5496.  RUSSELL *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–5497.  ROYSTER *v.* KEAN ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–5503.  HOLLINGSWORTH *v.* CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 90–5504.  MAYS *v.* GRAYSON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 90–5517.  FORD *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 90–5528.  ELLIOTT *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–5532.  JOHNSON *v.* FARMERS INSURANCE GROUP ET AL. C. A. 5th Cir.  Certiorari denied.

No. 90–5534.  COLELLA *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 90–5539.  NORELIN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–5547.  BEACHUM *v.* TANSY, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 90–5548.  SOTO *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 90–5557.  KISSICK *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–5561.  MANNS *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 90–5564.  MARTINEZ *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–5568.  RESTREPO *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.